FILED

07/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0585

_____

TIMOTHY J. WHALEN,

      Plaintiff and Appellant,

and ELIZABETH BRIDGES,

      Plaintiff,                               O R D E R

      v.

BEARTOOTH ELECTRIC CO-OP, INC.,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Timothy J. Whalen, to all counsel of record, and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2023